AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

| Southern | District of | Mississippi |
|---|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br><br>ENRIQUE TOMAS-AGUILAR | **JUDGMENT IN A CRIMINAL CASE** |

| Case Number: | 3:06cr96TSL-JCS-004 |
|---|---|
| USM Number: | 08997-043 |
| Defendant's Attorney: | Larry Yarbrough<br>P.O. Box 22883<br>Jackson, MS 39225-2883 |

**THE DEFENDANT:**

■ pleaded guilty to count(s)     single-count Information

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1325(a)(1) | Illegal Entry | 05/31/06 | 1 |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 18 2006
J T NOBLIN. CLERK
BY_____ DEPUTY

The defendant is sentenced as provided in pages 2 through    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is   ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 12, 2006
Date of Imposition of Judgment

_____
Signature of Judge

James C. Sumner, United States Magistrate Judge
Name and Title of Judge

Date    7/14/06

AO 245B ⁺ (Rev. t2/03) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:          ENRIQUE TOMAS-AGUILAR
CASE NUMBER:     3:06cr96crTSL-JCS-004

Judgment — Page ___2___ of ___2___

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Time served from May 31, 2006 until they are taken into I.C.E. custody, but no later than 5:00 p.m. on July 14, 2006.**

☐  The court makes the following recommendations to the Bureau of Prisons:

■  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m.  ☐ p.m.   on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL